Marguerite Clement, Respondent, v. Albert Merker, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Martin, P. J., dissents and votes to reverse the judgment and the order granting plaintiff's motion for summary judgment and to deny said motion and to affirm the order denying defendant's motion for summary judgment.

(May 31, 1946.)

250–252 West 27th Street Corporation, Respondent, v. Samuel Kofsky et al., Copartners Doing Business under the Name of Kofsky & Kutner, et al., Appellants.

*Per Curiam.* The evidence fails to establish any substantial violation on the part of the tenants of any of the provisions of the lease. Insofar as the proceeding was predicated upon the order of the Fire Department of the City of New York dated April 20, 1945, it was prematurely instituted since the order was served after the commencement of the proceeding and gave the tenants thirty days within which to remedy the conditions therein specified.

The determination of the Appellate Term should therefore be reversed and the final order of the Municipal Court in favor of the tenants affirmed, with costs and disbursements in this court and with $30 costs in the Appellate Term to the tenants.

Martin, P. J., Townley, Glennon, Dore and Cohn, JJ., concur.

Determination of the Appellate Term unanimously reversed and the final order of the Municipal Court in favor of the tenants affirmed, with costs and disbursements in this court and with $30 costs in the Appellate Term to the tenants. Settle order on notice.

Thomas C. Wayland et al., Appellants, v. Johnston & Collins Co. et al., Respondents.

*Per Curiam.* Plaintiffs established a prima facie case in support of their complaint to the extent at least that excessive salaries were being paid to the defendants Collins and Rauh. It was, therefore, error to dismiss the complaint at the end of the plaintiffs' case.

The judgment should be reversed and a new trial ordered, with costs to appellants to abide the event.

Martin, P. J., Townley, Glennon, Callahan and Peck, JJ., concur.

Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event.